IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| FERID ALLANI<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No.  6:24-cv-305-LS |

# ORDER

Before the Court is the parties Joint Motion to Extend Time To Complete Venue Discovery And Briefing On Google's Motion To Transfer Venue.  The Court, having considered the matter, determines that good cause exists and rules as follows:

The Motion is GRANTED.  The deadlines to complete venue discovery and briefing on Google's motion to transfer venue are extended 31 days as follows:

1. Venue discovery will conclude on **September 22, 2025**.

2. Allani may respond to the pending motion to transfer venue by **October 6, 2025**.

3. Google shall file any reply by **October 20, 2025**.

IT IS SO ORDERED.

　　　Signed this 25th day of August, 2025.

_____
HONORABLE LEON SCHYDLOWER
United States District Judge